```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
                                                           :
SOUTHERN OIL OF LOUISIANA INC.,                            :
                                                           :
                            Plaintiff,                     :
                                                           :         19-CV-9622 (VSB)
              -against-                                    :
                                                           :              **ORDER**
ALI SABERIONN,                                             :
                                                           :
                            Defendant.                     :
                                                           :
---------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On December 20, 2019, Defendant filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6). (Doc. 10.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by January 10, 2020. It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by January 19, 2020. Defendant's reply, if any, shall be served by February 2, 2020. At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: December 23, 2019
 New York, New York

Vernon S. Broderick
United States District Judge