**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SOUTHERN OIL OF LOUISIANA INC.
AND SOUTHERN OIL OF LOUISIANA
LLC,

                          Plaintiffs,                    19 **CIVIL** 9622 (VSB) (DCF)

         -against-                             **JUDGMENT**

ALI SABERIOON,

                        Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 8, 2021, Defendant's motions to dismiss for lack of personal jurisdiction and motion to dismiss for failure to state a claim are hereby GRANTED. Accordingly, Defendant's motion to dismiss for improper venue is hereby DISMISSED as moot. Additionally, Plaintiffs' letter motion for conference filed on September 28, 2021, (Doc. 36), is hereby DENIED.

**Dated:**  New York, New York
           November 9, 2021

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                             Clerk of Court
                                      **BY:**
                                                              Deputy Clerk